30733. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. SPENCE.

PER CURIAM.

This is a certiorari to the Court of Appeals. *Spence v. State Farm Mut. Auto. Ins. Co.,* 136 Ga. App. 436 (221

SE2d 643). We have concluded the Court of Appeals decision is correct.

*Judgment affirmed. All the Justices concur, except Gunter, Jordan and Hall, JJ., who dissent.*

ARGUED MARCH 8, 1976 — DECIDED APRIL 7, 1976 — REHEARING DENIED APRIL 27, 1976.

*Divine, Wilkin, Deriso & Raulerson, E. B. Wilkin, Jr., R. Kelly Raulerson,* for appellant.

*Alexander, Vann & Lilly, William U. Norwood, Burt, Burt & Rentz, Donald D. Rentz, Clarence A. Miller,* for appellee.

*J. S. Hutto,* amicus curiae.